| | | | |
|---|---|---|---|
| | AUSA: | Yara Hindelang | Telephone: (313) 226-9543 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Task Force Officer: | Ali Bilal | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
　　v.
Bruce Greene

Case No.  2:25-mj-30495
Judge: Unassigned,
Filed: 08-06-2025 At 03:24 PM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 20, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Ali Bilal, Task Force Officer (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 6, 2025__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Task Force Officer Ali Bilal, being duly sworn, hereby state:

## INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since April 2022. I am currently assigned to Detroit Group II, investigating various federal firearm violations. I have been employed with the Detroit Police Department since September 2016. As an officer with the Detroit Police Department, I have been assigned to the patrol division, the Ninth Precinct Special Operations Unit, Ninth Precinct Detective Unit, and the Firearms Investigative Team. During my law enforcement career, I have conducted and participated in numerous criminal investigations, including crimes of violence, and firearm violations. Specifically, I have also investigated violations of Title 18, United Sates Code, Section 922(g)(1), possession of a firearm by a convicted felon.

2.      I make this affidavit from my personal knowledge based on my participation in this investigation, communications with other who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

purpose of establishing probable cause and does not include all the information known to law enforcement related to this investigation.

3. This affidavit provides information to establish probable cause that Bruce GREENE (DOB: XX/XX/1965) has violated Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon.

## PROBABLE CAUSE

4. On July 20, 2025, around 2:34 p.m., Detroit Police Officers were dispatched for a ShotSpotter police run to an area near Norcross and Evanston Streets in Detroit, Michigan. While canvassing that area, officers heard gun shots west of their location. Officers began searching the location west of the original run location.

5. As officers were conducting their canvass in a patrol vehicle, they observed who they later identified as GREENE standing near the open door of a red, 2013 Dodge Journey. GREENE was talking to another person, later identified as his cousin.

6. Officers exited their scout car and approached GREENE. Upon approaching GREENE, GREENE shut the driver's door to the Dodge Journey. Officers asked GREENE and his cousin if they heard shots or were armed, both told officers they did not hear shots and were not armed.

7.      One officer approached the driver side of the Dodge Journey where GREENE was standing and saw a pink and black handgun in plain view laying on the driver seat. The officer recovered a Bersa Thunder .380 handgun. The firearm was loaded with a magazine containing live rounds and a round in the chamber. Officers detained GREENE. Officers searched the Law Enforcement Information Network (LEIN), and saw the firearm was reported stolen out of the City of Dearborn Heights on March 5, 2019.

8.      The officer who recovered the Bersa .380 handgun returned to the area of the Dodge Journey to obtain information about the vehicle, and he found one spent .380 casing near the vehicle. The casing was placed on evidence. GREENE was issued a misdemeanor ticket and transported to the Detroit Detention Center for possession of stolen property.

9.      I reviewed a computerized criminal history record for GREENE, which revealed the following felony convictions:

- On February 18, 1988, GREENE was sentenced to 10 months to two years and six months years of incarceration on each of two counts of attempted unlawful driving away of a motor vehicle.

- On September 15, 1988, GREENE, who had been found guilty of felony escape, was sentenced to six months to five years in the Michigan Department of Corrections.

3

- On July 31, 1991, in Detroit Records Court, GREEN was found guilty of Criminal Sexual Conduct First Degree (Weapon Used) and sentenced to 25 to 50 years' incarceration. GREENE was also found guilty of two counts of Armed Robbery, for which he received sentences of 25 to 50 years of incarceration, and Felony Firearm, for which he was sentenced to two years of confinement consecutive to his sentences on the other counts.

10. On July 22, 2025, ATF Special Agent Joshua McLean, an Interstate Nexus Expert, was provided with a verbal description of the Bersa Thunder .380 recovered from the Dodge Journey. Agent McLean was able to determine the firearm was manufactured outside of the State of Michigan and had therefore traveled in and affected interstate commerce.

## CONCLUSION

Based on the facts above, there is probable cause to believe that on July 20, 2025, in the Eastern District of Michigan, Bruce GREENE (DOB: XX/XX/1965) did knowingly and intentionally possess a Bersa Thunder .380, said firearm having affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Respectfully submitted,

_____
Ali Bilal, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge

5